# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2024 NOV 12 P 3: 10

(Full name of plaintiff(s))

Joshua Kirkendoll

v.

(Full name of defendant(s))

Donald Trump

EHx

Etx

MPAC

Case Number:

**24-C-1450**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of ___Wisconsin___ and resides at
   (State)

   ___930 w State___
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant ___Donald trump___
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___OMAC___
(State, if known)

and (if a person) resides at ___white house___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___President___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

During my cssip consultant I observed the defendant misuse epic system and try to abolished social security act s 205 gave america section 547 using 1883 banking which illegal because dread act by try use the patroit for voilence. By doing that ehx code dci 38-435 but mend section 542 but try alterned section 363 but by use cssip or section 547 education act 1996 but by try trick Ron Johnson which midwest about one most import piece document know John R Common paper in 1.97 trillion

Complaint – 2

which stand 56.8 asset and 34.4 financial commerical paper mean make whole industy collaspe because it over the seven percent rule where the whole entired world collaspeds 2004 all over but by have certain ammenites the clor isnt setup like that why god loan grants and bonds. Now bitcoin if have any idea what that is was dismissed not once but serval times reason for section delay resource of section 4155 mean that conflict section 2831 over form 8975 which iminent hr 8999 section 8999.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 100, million.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Fired of presidential awARD for volunteering he should not be president nor or have game and code cerficate for casino he retired for k keys over stop president chair like pow quit you voluntered persond opinion.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __12__ day of __11__ 20__24__.

   Respectfully Submitted,

   *Joshua Kirkendoll*
   Signature of Plaintiff


_____
Plaintiff's Telephone Number

*Joshua Kirkendoll@gmail.com*
Plaintiff's Email Address


_____

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:24-cv-01450-JPS    Filed 11/12/24    Page 5 of 5    Document 1